UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD HERRICK,

                Plaintiff,

  v.

KEVIN QUIGLEY, JOHN CLAYTON, MARK STRONG, KELLY CUNNINGHAM, CATHI HARRIS, HEATHER SACHA, BRENDA POWERS, WES DIAZ, MELISSA LOVELL, AL NERIO, BILL GRAVES, DEAN PAVLICEK, JOHN AND JANE DOE,

                Defendantss.

No. C15-5016 RBL/KLS

ORDER GRANTING IN FORMA PAUPERIS STATUS

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. (Dkt. # 1and 3). Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this 4th day of February, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1