UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD HERRICK,

    Plaintiff,

v.

KEVIN QUIGLEY, JOHN CLAYTON, MARK STRONG, KELLY CUNNINGHAM, CATHI HARRIS, HEATHER SACHA, BRENDA POWERS, WES DIAZ, MELISSA LOVELL, AL NERIO, BILL GRAVES, DEAN PAVLICEK, JOHN DOE, JANE DOE,

    Defendants.

CASE NO. C15-5016 RBL-KLS

ORDER

    This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the undersigned upon Plaintiff's motion to file an amended complaint. Dkt. 21. Defendants do not oppose the motion. Dkt. 24. The undersigned finds and ORDERS as follows:

    1.    The undersigned GRANTS Plaintiff's motion.

ORDER- 1

2. The Court will enter a scheduling order after Defendants file an answer.

3. The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 1st day of April, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2