UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD HERRICK,<br><br>                  Plaintiff,<br><br>   v.<br><br>KEVIN QUIGLEY, JOHN CLAYTON, MARK STRONG, KELLY CUNNINGHAM, CATHI HARRIS, HEATHER SACHA, BRENDA POWERS, WES DIAZ, MELISSA LOVELL, AL NERIO, BILL GRAVES, DEAN PAVLICEK, JOHN DOE, JANE DOE, ELENA LOPEZ,<br><br>                  Defendants. | No. C15-5016 RBL-KLS<br><br>ORDER GRANTING STIPULATION TO AMEND NOTING DATES |

Plaintiff Donald Herrick seeks a third extension of the pretrial deadlines (Dkt. 37) and defendants have moved for a protective order (Dkt. 40). The parties have agreed to extend the noting dates while they meet and confer regarding these discovery related motions. Dkt. 42.

Accordingly, it is **ORDERED:**

1. The parties' stipulation (Dkt. 42) is **GRANTED;** Plaintiff's motion for extension (Dkt. 37) and defendants' motion for protective order (Dkt. 40) are **re-noted for February 5, 2016.** The parties shall file any response or agreements related to these motions by **February 1, 2016.**

2. The parties may conduct limited discovery to resolve the foregoing motions until **February 1, 2016.**

ORDER - 1

3. The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 25th day of January, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2