UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD HERRICK,<br><br>                              Plaintiff,<br>     v.<br><br>KEVIN QUIGLEY, et al.,<br><br>                              Defendants. | No. C15-5016 RBL-KLS<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiff's Motion for Reconsideration. Dkt. 65. Plaintiff seeks reconsideration of the Court's Order dated May 31, 2016, which denied plaintiff's motion for leave to depose Defendant Powers a second time. Dkt. 63.

Under Local Rule CR7(h), motions for reconsideration are disfavored and will be denied absent a showing of manifest error or a showing of new facts or legal authority which could not have been presented earlier with reasonable diligence. The standard has not been met in this case.

Accordingly, it is **ORDERED:** Plaintiff's motion for reconsideration (Dkt. 65) is **DENIED.** The Clerk shall send copies of this Order to Plaintiff.

**DATED** this 17th day of June, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1