UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD HERRICK,

                Plaintiff,

   v.

KEVIN QUIGLEY, et al.,

                Defendants.

No. C15-5016 RBL-KLS

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION**

Defendants' motion for summary judgment is noted for June 17, 2016.  Dkt. 49.  On June 9, 2016, plaintiff requested a sixty day extension of his June 13, 2016 deadline to file a response to the motion.  Dkt. 64.  Defendants do not oppose the requested extension.  Dkt. 67.  Accordingly, it is **ORDERED:**

1. Plaintiff's motion for extension (Dkt. 64) is **GRANTED.**  Plaintiff shall file his response to defendants' motion for summary judgment by **August 15, 2016**,

2. The Clerk shall **re-note** defendants' motion for summary judgment (Dkt. 49) for **August 19, 2016**.

**DATED** this 8th day of July, 2016.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1