UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD HERRICK, <br><br> Plaintiff, <br> v. <br><br> KEVIN QUIGLEY, et al., <br><br> Defendants. | No. 3:15-cv-05016-RBL-KLS <br><br> **ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME** |

On June 9, 2016, plaintiff requested a sixty day extension of his June 13, 2016 deadline to file a response to defendants' motion for summary judgment – originally noted for June 17, 2016 – due to his *pro se* status and the amount of work needed to address the summary judgment motion. Dkt. 49, 64. Specifically, plaintiff stated he was in the process of having defendants' depositions transcribed and gaining access to case law cited by defendants, stating further that he had no access to the prison law library/computer system. Dkt. 64. Defendants did not oppose this request (Dkt. 67), and the Court granted it, re-noting the summary judgment motion for August 15, 2016 (Dkt. 69).

Plaintiff now requests another extension of time to respond to that motion until October 3, 2016. Dkt. 70. He bases this request on essentially the same reasons, noting that he still in the process of having depositions transcribed due to the fact that they are in analog form, and that he still is attempting to gain access to the case law defendants cite without access to the prison law library/computer system. *Id.* Plaintiff goes on to state, however, that he does not anticipate the

ORDER - 1

need for any additional time. *Id.* As defendants again do not oppose this request (Dkt. 69), the Court will grant it.

Accordingly, it is **ORDERED:**

1. Plaintiff's second motion for extension of time (Dkt. 70) is **GRANTED.** Plaintiff shall file his response to defendants' motion for summary judgment by **October 3, 2016**.

2. Defendants shall file their reply, if any, by **October 6, 2016**.

3. The Clerk shall **re-note** defendants' motion for summary judgment (Dkt. 49) for **October 7, 2016**.

**DATED** this 24th day of August, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2