UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD HERRICK,

                Plaintiff,

v.

KEVIN QUIGLEY, et al,

                Defendants.

Case No. 3:15-cv-05016-RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation [Dkt. #77];

(2) Defendants' Motion for Summary Judgment [Dkt. #49] is GRANTED; and

(3) Plaintiff's complaint is DISMISSED with prejudice.

DATED this 15th day of December, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1